UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RANDY ANTONIO MARTIN | ) | INDICTMENT NO. CR407-00045-001 |

## ORDER

After careful consideration, Defendant's Motion for Appointment of Counsel (Doc. 104, filed on January 23, 2009) is **DENIED**.

**SO ORDERED**, this 3 day of February, 2009.

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia