# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Savannah Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2009 MAR 12 PM 1:47

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Randy Antonio Martin | ) Case No: CR407-00045-001 |
| | ) USM No: 13071-021 |
| Date of Previous Judgment: July 24, 2007 | ) Richard C. Metz |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __168__ months **is reduced to** __135 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __31__        Amended Offense Level: __29__
Criminal History Category: __III__     Criminal History Category: __III__
Previous Guideline Range: __135__ to __168__ months    Amended Guideline Range: __120__ to __135__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**
In accordance with the required review of the sentencing factors set forth in 18 U.S.C. § 3553(a), the Court imposes a sentence at the top end of the amended advisory guideline range. The defendant has a considerable history of involvement in drug distribution. At the time of sentencing, there was no indication that the defendant had engaged in any legitimate occupation for the previous seven years. Based on the nature of the offense, as well as the history and characteristics of the defendant, the Court has imposed a sentence of 135 months.

Except as provided above, all provisions of the judgment dated __July 24, 2007,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __3-12-2009__

_____
Judge's signature

Effective Date: _____
(if different from order date)

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia
Printed name and title